UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gametek LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>ELECTRONIC ARTS INC.,<br><br>            Defendant. | Case No. C 13-03472 RS DR<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR EA TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY FEES** |

Before the Court is Plaintiff Gametek LLC n/k/a GT Gaming and Defendant EA's stipulated request to extend the time for EA to file a bill of costs and motion for attorney fees. Having considered the request and the accompanying declaration,

**THE COURT ORDERS AS FOLLOWS:**

The time for EA to file a bill of costs and motion for attorney fees is extended to Monday, June 30, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/8/14

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME          CASE NO. C 13-03472 RS