John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Stephen F. Schlather (admitted *pro hac vice*)
sschlather@cepiplaw.com
Shea Palavan (admitted *pro hac vice*)
spalavan@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorneys for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMETEK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant. | Case No.: 3:13-cv-03472-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GAMETEK LLC'S UNOPPOSED MOTION TO CHANGE THE TIME OF HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES** |

Plaintiff GT Gaming LLC's (formerly known as "Gametek LLC") Unopposed Motion to Change the Time of Hearing on Defendant's Motion for Attorney's Fees came before this Court, the Honorable Richard Seeborg presiding.

Having considered the motion and for good cause shown,

**THE COURT ORDERS AS FOLLOWS:**

Plaintiff's Unopposed Motion to Change the Time of Hearing on Defendant's Motion for Attorney's Fees is **GRANTED**.  The hearing on Defendant, Electronic Arts, Inc.'s, Motion for Judgment on the Attorney's Fees is hereby continued from August 7, 2014 to August 28, 2014 at 1:30 p.m.

**IT IS SO ORDERED**

DATED:  7/1/14

The Honorable Richard Seeborg
United States District Judge
Northern District of California